IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE MARK P. LESHER and DONNA M. LESHER
REVOCABLE TRUST,

      Plaintiff,

v.                                                                              No. 1:20-cv-1237 JCH/KRS

PAUL DON HEDGES and KELLY ANN HEDGES,

      Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on February 22, 2021. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of twenty-five (25) interrogatories by each party to any other party with responses due thirty (30) days after service.

(b) Maximum of twenty-five (25) requests for admission by each party to any other party with responses due thirty (30) days after service.

(c) Maximum of five (5) depositions per side, plus any experts identified by either party. Each deposition limited to maximum of seven (7) hours unless extended by agreement of the parties.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to amend pleadings pursuant to Federal Rule of Civil Procedure 15: **April 2, 2021**;

(b) Deadline for Plaintiff to join parties pursuant to Federal Rule of Civil Procedure 15: **April 16, 2021;**

(c) Deadline for Defendants to amend pleadings pursuant to Federal Rule of Civil Procedure 15: **April 2, 2021**;

(d) Deadline for Defendants to join parties pursuant to Federal Rule of Civil Procedure 15: **April 16, 2021;**

(e) Deadline for Plaintiff's expert reports: **June 25, 2021**;

(f) Deadline for Defendants' expert reports: **July 23, 2021**;

(g) Termination of discovery: **September 7, 2021**;

(h) Deadline for supplementing discovery/disclosures: Under Rule 26(e) as it becomes apparent;

(i) Motions relating to discovery: **September 21, 2021**;

(j) All other motions:[1] **October 5, 2021**;

(k) Pretrial order:        Plaintiff to Defendant by: **November 9, 2021**;

Defendant to Court by: **November 23, 2021**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.

during the deposition in question.  Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline.  Discovery must be completed on or before the termination of the discovery deadline.  A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline.  The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery.  The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE