IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE MARK P. LESHER AND DONNA M. LESHER
    REVOCABLE TRUST DATED
    FEBRUARY 10, 2004, AS AMENDED AND
    RESTATED ON DECEMBER 30, 2015,
        Plaintiff,

vs.                                       Case No. 1:20-CV-1237 JCH-KRS

PAUL DON HEDGES AND
KELLY ANN HEDGES,
        Defendants.

## ORDER GRANTING EXTENSION OF TIME
## FOR DEADLINE FOR PLAINTIFF'S EXPERT REPORTS

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Extend Deadline for Plaintiff's Expert Reports. The Court, having reviewed the motion and noting that Defendants do not oppose the motion, finds that that the Motion is well-taken and should be GRANTED. Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall have until July 23, 2021 as the deadline for its expert reports.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

***/s/ Donald F. Kochersberger III***
Donald F. Kochersberger III
Kelly J. Davis
320 Gold Ave. SW, Suite 610
Albuquerque, New Mexico 87102-3299
(505) 848-8581 (Voice)
(505) 848-8593 (Facsimile)
Donald@BusinessLawSW.com
KDavis@BusinessLawSW.com
*Attorneys for Plaintiff the Mark P. Lesher and Donna M. Lesher Revocable Trust Dated February 10, 2004, as Amended and Restated on December 30, 2015*