UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE MARK P. LESHER and DONNA M. LESHER
   REVOCABLE TRUST DATED
   FEBRUARY 10, 2004, AS AMENDED AND
   RESTATED ON DECEMBER 30, 2015,

   Plaintiff,

vs.                                    Case No. 1:20-cv-01237-JCH-KRS

PAUL DON HEDGES and
KELLY ANN HEDGES,

   Defendants.

### STIPULATED ORDER AMENDING SCHEDULING ORDER

**THIS MATTER** having come before the Court on the Joint Motion of the parties to amend the Scheduling Order filed on February 22, 2021 (Doc. No. 11) and the Court being advised of the premises;

**FINDS** that said Joint Motion To Amend Scheduling Order is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the following deadlines set forth in the Scheduling Order filed February 22, 2021, are amended as follows:

    A.    The discovery deadline is January 6, 2022;

    B.    The deadline to file Motions related to discovery is January 27, 2022;

    C.    The deadline to file all other Motions is February 24, 2022;

    D.    The deadline for Plaintiff to provide its portion of the Pretrial Order to Defendants is March 9, 2022;

  E. The deadline for Defendants to provide the completed Pretrial Order to the Court to March 23, 2022.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

BUSINESS LAW SOUTHWEST, LLC

 /s/   Kelly J. Davis
Kelly J. Davis
Donald F. Kochersberger III
320 Gold Ave. SW, Suite 610
Albuquerque, New Mexico 87102-3299
T: 505-848-8581
E:  KDavis@BusinessLawSW.com
 Donald@BusinessLawSW.com
*Attorneys for Plaintiff*


WILSON LAW FIRM P.C.

 /s/   Alan R. Wilson
Alan R. Wilson
8205 Spain Road N.E., Suite 203
Albuquerque, New Mexico 87109
T: 505-828-4804
E: awilson@alanwilsonlaw.us
*Attorneys for Defendants*