IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE MARK P. LESHER and DONNA M. LESHER
REVOCABLE TRUST,

      Plaintiff,

v.                                                      No. 1:20-cv-1237 JCH/KRS

PAUL DON HEDGES and KELLY ANN HEDGES,

      Defendants.

## ORDER FOR EXPEDITED BRIEFING

THIS MATTER is before the Court on Plaintiff's Motion to Vacate Deposition Duces Tecum of Non-Party Michael Shaw and to Quash Subpoena, (Doc. 92), filed May 18, 2023. Plaintiff asks the Court to vacate the deposition of Mr. Shaw scheduled for May 22, 2023 and quash the subpoena related to the same, and asks the Court to order expedited briefing on the Motion. Considering that Plaintiff seeks relief regarding a deposition scheduled for May 22, 2023, the Court will order expedited briefing as follows:

1) Defendants' response to the Motion to Vacate Deposition, (Doc. 92), is due **by 5:00 p.m. today, Thursday, May 18, 2023**; and

2) Plaintiff's reply, if any, is due **by 9:00 a.m. Friday, May 19, 2023**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE