IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE MARK P. LESHER and DONNA M. LESHER
REVOCABLE TRUST,

    Plaintiff,

v.                                                      No. 1:20-cv-1237 JCH/KRS

PAUL DON HEDGES and KELLY ANN HEDGES,

    Defendants.

## ORDER AWARDING FEES AND COSTS

THIS MATTER is before the Court on Plaintiff's Attorney Affidavit, (Doc. 99), filed May 23, 2023. On May 19, 2023, the Court granted Plaintiff's Motion to Vacate Deposition Duces Tecum of Non-Party Michael Shaw and to Quash Subpoena, (Doc. 92), and awarded Plaintiff attorney's fees and costs incurred in connection with preparing and litigating the Motion to Vacate Deposition. Counsel for Plaintiff filed an affidavit outlining and itemizing their fees and costs in the amount of $4,062.18 for costs, attorney's fees, and New Mexico Gross Receipts Tax. Defendants did not respond to the Affidavit and the time for doing so has passed.

IT IS THEREFORE ORDERED that Plaintiff is awarded $4062.18 in attorney's fees and costs and Defendants shall pay such fees within fourteen (14) days of entry of this Order.

IT IS SO ORDERED.

                                                                     _____
                                                                      KEVIN R. SWEAZEA
                                                                      UNITED STATES MAGISTRATE JUDGE